# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,857,670**
**Registered Nov. 24, 2015**
**Int. Cls.: 19 and 35**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

KING OUTDOOR ENTERPRISES, LLLP (ARKANSAS LIMITED LIABILITY LIMITED PARTNERSHIP)
1853 W. HENRI DE TONTI
SPRINGDALE, AR 72762

FOR: NON-METAL ARTIFICIAL FISH REEFS; ARTIFICIAL HABITAT STRUCTURES IN THE NATURE OF MODULAR, NON-METAL FORMS FOR SUBMERSION IN LAKES OR MAN-MADE BODIES OF WATER FOR FACILITATING FISH-GATHERING AND CULTURING THEREIN, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 6-6-2014; IN COMMERCE 6-6-2014.

FOR: ONLINE RETAIL STORE SERVICES FEATURING ARTIFICIAL FISH HABITATS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-6-2014; IN COMMERCE 6-6-2014.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FISH HABITAT", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "MOSSBACK" ABOVE "FISH HABITAT" IN A STYLIZED FONT BESIDE AN IMAGE OF FISH AROUND A TREE-LIKE STRUCTURE.

SER. NO. 86-377,044, FILED 8-26-2014.

STEVEN PEREZ, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

Exhibit C