

**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

**Name:**  **American Fish Attractor & Habitat, LLC**

## General Information

| | | |
|---|---|---|
| **SOS Control #** | 000788744 | **Formation Locale:** TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 02/13/2015 10:33 AM | Date Formed: 02/13/2015 |
| | | Fiscal Year Close 12 |
| Status: | Active | Member Count: 1 |
| Duration Term: | Perpetual | |
| Managed By: | Manager Managed | |

**Registered Agent Address**
CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN  37203-1312

**Principal Address**
88 CARRIAGE HL
SIGNAL MOUNTAIN, TN  37377-2331

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 02/13/2015 | Initial Filing | B0056-1702 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

Exhibit D