## About Us

Welcome to American Fish Attractor Solutions, LLC

# American Fish Tree - 304SS Handle



The American Fish Tree handle assembly is made from 1/4" 304 stainless steel coiled rod. The light weight heavy duty patented handle allows for easy placement and portablity for all American Fish Tree stuctures.

Our handle assembly is a unique feature for fish attractors because it gives the fisherman complete control of the fish attractor. The handle lets you:

- Safely deploy the fish attractor in a contolled descend;
- Move the fish attractor with changing water levels;
- Suspend the fish attractor from docks and piers;
- Mark or suspend the fish attractor with a floatation bouy;
- Or take the fish attractor out of sevice.

Our patented handle design makes the American Fish Tree fish attractor the most versatile fish attractor - for a lifetime.

Search...



## Social Media





## American Made



Proudly made ★★ 
in the U.S.A.

Website and Website content Copyright © American Fish Attractor & Habitat, LLC. - Patenten Design - Website Development and Hosting by Scenic City Productions. Photos by Scenic City Productions and H Studios Photography.