## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

DAVID KING; and KING OUTDOOR
ENTERPRISES, LLLP                                                        **PLAINTIFFS**

v.                                          **CASE NO. 5:16-cv-5128**

AMERICAN FISH ATTRACTOR
AND HABITAT, LLC                                                          **DEFENDANT**

AMERICAN FISH ATTRACTOR
AND HABITAT, LLC                                                   **COUNTER CLAIMANT**

v.

DAVID KING; and KING OUTDOOR
ENTERPRISES, LLLP                                               **COUNTER DEFENDANTS**

### ORDER

It appearing to the Court that the matter has been settled, counsel for both parties having so advised the Court, it is **ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this _24th_ day of April, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE